

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00111-CR

_____

HECTOR MARTINEZ RIVERA, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. 1402992D

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We abated this appeal for the trial court to determine why appellant had not timely filed a brief. In accordance with our order, the trial court held a hearing at which the judge inquired whether appellant desired to continue his appeal. Appellant stated unequivocally that after consulting with his attorney, he had voluntarily decided not to continue his appeal. Accordingly, we dismiss the appeal. *See Hendrix v. State*, 86 S.W.3d 762, 763–64 (Tex. App.—Waco 2002, no pet.); *Conners v. State*, 966 S.W.2d 108, 109–11 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd); *see also* Tex. R. App. P. 2, 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 31, 2018